UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
**Case Number: 9:15–cv–81569–KAM**

PAH CO.,

    Appellant,                                      Bankruptcy Case No. 11–19665–EPK

vs.

GARY P. ELIOPOULOS,

    Appellee.
_____/

## NOTICE OF FILING SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR SANCTIONS AGAINST PAH CO.

Appellee, Gary P. Eliopoulos (the "Appellee"), by and through his undersigned counsel hereby files the attached Supplemental Affidavit In Support of Motion for Sanctions Against PAH Co.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to all parties registered to receive such service in this case on this the 26th day of August, 2016.

                                           **SHRAIBERG, FERRARA, LANDAU & PAGE, P.A.**
                                           Attorneys for Appellee
                                           2385 NW Executive Center Drive, Suite 300
                                           Boca Raton, FL 33431
                                           Tel. 561-443-0800
                                           Fax 561-998-0047
                                           Email: plandau@sfl-pa.com

                                           By: */s/ Philip J. Landau*
                                                  Philip J. Landau
                                                  Fla. Bar. No. 0504017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case Number: 9:15–cv–81569–KAM

PAH CO.,

    Appellant,                       Bankruptcy Case No. 11-19665-EPK

vs.

GARY P. ELIOPOULOS,

    Appellee.
_____/

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR SANCTIONS AGAINST PAH CO.

STATE OF FLORIDA)

COUNTY OF PALM BEACH)

BEFORE ME, the undersigned authority, personally appeared Philip J. Landau, Esq. who, after first being sworn, deposes and says:

    1.    All matters set forth herein are based upon my personal knowledge.

    2.    I am an attorney duly admitted and licensed to practice law in the State of Florida.

    3.    I am a partner at the law firm of Shraiberg, Ferrara & Landau, P.A., and have served as the lead attorney of record for Appellant, Gary Eliopoulos (the "Appellant") in the above captioned case.

    4.    I am providing this supplemental affidavit in support of the Appellant's *Motion for Sanctions Against PAH, Co. and Incorporated Memorandum of Law* (the "Motion") that was filed with the Court on April 6, 2016.

{1877/000/00344050}

5. I have rendered and/or supervised all professional services to date to the Appellant relating to PAH, Co., and its principal, Peter Halmos', appeal of several sanctions orders entered against PAH, Co. by United States Bankruptcy Judge John K. Olson as set forth in greater detail in the Motion.

6. On April 6, 2016, I had filed an affidavit attesting to the attorneys' fees and expenses that had been billed to the Appellant by my Firm in defense of these appeals through that date. See ECF No. 21-4. The total through April 6, 2016 was $50,208.00.

7. Since the filing of the Motion, the Appellant has been billed an additional $10,575.00 in attorneys' fees and expenses directly related to the PAH/Halmos appeals.

8. Attached hereto are redacted copies of the additional invoices that my firm has generated in this regard.

9. The unredacted time entries and expenses within these invoices were reasonably and necessarily incurred as a result of these appeals.

10. With respect to the services referenced, Shraiberg, Ferrara & Landau, P.A. has billed the Appellant a total of $60,783.00 to date.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Philip J. Landau, Esq.
Florida Bar No. 0504017

STATE OF FLORIDA )
) SS:
COUNTY OF PALM BEACH )

The foregoing instrument was sworn to before me this 26th day of August, 2016, by Philip J. Landau, Esq., (✓) who is personally known to me, or ( ) has produced _____ as identification and attests that the foregoing facts are true and correct.



Elena M. Matteo
Notary Public, State of Florida at Large
Print Name: Elena M. Matteo
My Commission Expires: Aug. 27, 2019

{1877/000/00344050}

# SHRAIBERG, FERRARA, LANDAU & PAGE P.A.

2385 N.W. Executive Center Drive
Suite 300
Boca Raton, FL  33431
FEIN # 26-4457248

## *STATEMENT*

Gary Eliopolous
GE Architecture, Inc.
1045 E. Atlantic Ave., Suite 303
Delray Beach, FL  33483

Statement Date:  06/20/2016
Statement No:  15027
Account No:  1877.000
Page No:  1

Re:  Representation in an Adversary Proceeding

**Payments received after 06/20/2016 are not included on this statement.**



| Date | | Fees | Hours | |
|---|---|---|---|---|
| 03/03/2016 | PRD | Research regarding appellate and Rule 11 sanctions issues. | 4.20 | 1,575.00 |
| 03/25/2016 | PRD | Draft and revise motion to dismiss PAH Co. appeal. | 3.40 | 1,275.00 |
| 04/01/2016 | PRD | E-mails to P. Landau and research regarding sanctions motion. | 0.70 | 262.50 |
| 04/13/2016 | | | | |

Gary Eliopolous
Account No. 1877.000
RE: Representation in an Adversary Proceeding

Statement Date: 06/20/2016
Statement No. 15027
Page No. 2



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/21/2016 | BCL | Review PAH response and affidavit regarding sanctions motion; emails with P. Landau and P. Dorsey regarding same | 0.50 | 187.50 |
| 05/02/2016 | PRD | Draft and revise response and reply briefs in PAH appeal and e-mail legal assistant regarding same. | 1.30 | 487.50 |

Gary Eliopolous
Account No. 1877.000
RE: Representation in an Adversary Proceeding

Statement Date: 06/20/2016
Statement No. 15027
Page No. 3



Phone: 561-443-0800
Fax: 561-998-0047
Website: www.sfl-pa.com

# SHRAIBERG, FERRARA, LANDAU & PAGE P.A.

2385 N.W. Executive Center Drive
Suite 300
Boca Raton, FL 33431
FEIN # 26-4457248

## STATEMENT

Gary Eliopolous
GE Architecture, Inc.
1045 E. Atlantic Ave., Suite 303
Delray Beach, FL 33483

Statement Date: 08/26/2016
Statement No: 15335
Account No: 1877.000
Page No: 1

Re: Representation in an Adversary Proceeding

**Fees**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/06/2016 | PJL | Review order scheduling hearing on motion to dismiss PAH appeal; email to client regarding same. Conference with P. Dorsey regarding same. | 0.30 | 150.00 |
| 06/07/2016 | PJL | Emails regarding hearing on motion to dismiss PAH appeal. | 0.20 | 100.00 |
| 06/10/2016 | PJL | Calls with new PAH counsel. | 0.30 | 150.00 |
| | PRD | Research regarding PAH efforts to introduce new evidence on appeal. | 0.80 | 300.00 |
| 06/13/2016 | PRD | Review and analyze scheduling order; plan/prepare for June 14 status conference. | 0.70 | 262.50 |
| 06/14/2016 | PJL | Attend telephonic hearing regarding dismissal of PAH appeal and Motion for Sanctions regarding same. | 0.50 | 250.00 |
| 06/15/2016 | PRD | Review and analyze motion for extension of time and draft response regarding same. | 0.70 | 262.50 |
| 06/21/2016 | PJL | Attend to PAH filing regarding appeal. | 0.30 | 150.00 |
| | PRD | Draft and revise response to motion for extension of time to file appellant brief. | 1.20 | 450.00 |
| 06/27/2016 | PRD | E-mail P. Landau regarding PAH appeal. | 0.10 | 37.50 |
| 06/28/2016 | PJL | Review and analyze Halmos & PAH Intervenor Complaint. | 2.30 | 1,150.00 |
| | BCL | Review new intervenor's complaint filed in discharge order appeal; emails and | | |

Phone: 561-443-0800
Fax: 561-998-0047

Website: www.sfl-pa.com

Gary Eliopolous
Account No. 1877.000
RE: Representation in an Adversary Proceeding

Statement Date: 08/26/2016
Statement No. 15335
Page No. 2

| Date | | | | Hours | |
|---|---|---|---|---|---|
| | | discuss with P. Landau | | 1.00 | 375.00 |
| | PJL | Review client materials regarding analysis of fees resulting from Halmos litigation. | | 0.30 | 150.00 |
| | PJL | Several conferences with B. Lee regarding Rule 60(b) motion and additional sanctions. Research regarding same. | | 1.20 | 600.00 |
| | BCL | Research law regarding district court jurisdiction and other issues regarding Rule 60 motion, sanctions in bankruptcy appeal, and motion for order to show cause for violation of discharge injunction; prepare outline of same | | 2.80 | 1,050.00 |
| | PRD | Review and analyze PAH complaint. | | 0.80 | 300.00 |
| 06/29/2016 | BCL | Draft/revise motion to strike independent action and other relief; review law regarding same | | 2.20 | 825.00 |
| | PRD | E-mails regarding order on PAH complaint. | | 0.20 | 75.00 |
| 07/12/2016 | PRD | Review order dismissing PAH/Halmos complaint; e-mail client regarding same. | | 0.40 | 150.00 |



Phone: 561-443-0800
Fax: 561-998-0047

Website: www.sfi-pa.com